Request for Adjournment

| To: | Honorable John G. Koeltl<br>U.S. District Court Judge | Offense:   Ct. 6: Causing the Death of a Person through the Use of a Firearm (18 U.S.C. §924(j)) |
|---|---|---|

| From: | James Mullen<br>USPO Specialist | Current Sentence Date: 6/2/2017 |
|---|---|---|
| Re: | Frank Jenkins, Jr.<br>Dkt. # S4 15 CR 386-03 (JGK) | Required Submission to Counsel Date: 4/6/2017 |
| Date: | May 15, 2017 | |
| AUSA: | Hadassa Waxman | Defense Counsel:  Kelley Sharkey |

*********************************************************************************

This adjournment is requested for the following reason:

On February 14, 2017, the above-named defendant pleaded guilty to Count 6, Causing the Death of a Person through the Use of a Firearm, in violation of 18 USC 924(j). On February 21, 2017, a presentence investigation was ordered by the Court, with a sentence date of June 2, 2017.

The reason for this additional adjournment request is because the defendant was not made available for the presentence interview in a timely manner, and in accordance with the provisions of the Amended Standing Order.   We respectfully request a new sentence date for the week of July 31, 2017.

The Government and defense counsel have been advised of our request for this adjournment and we have not received any objections.   It is requested that Your Honor indicate the Court's decision below. Counsel will be notified by copy of this form.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2017

By: _____
James Mullen
USPO Specialist
212-805-0414

Approved By: _Jineen M. Forbes_____
Jineen M. Forbes
Supervisory U.S. Probation Officer

1. AN ADJOURNMENT IS GRANTED: _____

   IF APPROVED, NEW DATE OF SENTENCE  8/4/17
   TIME & ROOM  12:00 P.M., Rm. 12B

2. REQUEST IS DENIED _____

   _____5/16/17_____
   DATE

   HONORABLE JOHN KOELTL
   U.S. DISTRICT JUDGE

   Via Email

cc: Hadassa Waxman
   U.S. Attorney's Office
   One St. Andrew's Plaza
   New York, NY 10007
   hadassa.waxman@usdoj.gov

   Kelley Sharkey
   26 Court Street, Suite 2805
   Brooklyn, NY 11242
   kelleysharkeyesq@verizon.net

NY 468