**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**UNITED STATES OF AMERICA**

        **- against –**

                              **15-cr-386 (JGK)**

**FRANK JENKINS,**

                        **ORDER**

                    **Defendant.**
————————————————————————

**JOHN G. KOELTL, District Judge:**

      The Court has received attached application by the
defendant for relief under the First Step Act.  The Government
should respond to the application by **April 8, 2021.**  The
defendant may reply by **April 29, 2021.**  The application for
appointment of counsel is denied without prejudice at this point
because the defendant has not yet shown that his application has
a likelihood of success.  See Cooper v. A. Sargenti Co., Inc.,
877 F.2d 170, 172 (2d Cir. 1989); Hodge v. Police Officers, 802
F.2d 58, 61-62 (2d Cir. 1986). The Court could appoint counsel
if appropriate at a subsequent time.

      SO ORDERED.

**Dated:**     **New York, New York**
             **March 18, 2021**

                        **/s/ John G. Koeltl**
                             **John G. Koeltl**
                  **United States District Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:15-cr-00386-JGK

UNITED STATES

v.

FRANK JENKINS

MOTION FOR APPOINTMENT OF
COUNSEL TO PURSUE RELIEF
UNDER THE
FIRST STEP ACT

Now Comes the defendant in the above titled to move this Court to appoint counsel to pursue relief under section 404 of the First Step Act.

① Defendant was charged on or about with USC 21:846 (Consp. to dist. narcotics) and also 21:846 (Consp. to dist narcotics) (See: Count 1)

② On page 2 of defendant's plea agreement in number 2 of the "A. Offense Level" it states the following: "2. The Sentencing Guideline applicable to the offense charged in Count One is U.S.S.G § 2A1.1. Pursuant to U.S.S.G § 2A1 (a) the base offense level is 43." Therefore, defendant was sentenced pursuant to Count One.

③ Under the First Step Act's section 404, an 846 is a "covered offense" and thereby makes defendant eligible for relief pursuant to the F.S.A.

④ For the reasons stated herein defendant hereby respectfully move the Court to appoint counsel to investigate/litigate a First Step Act motion on defendant's behalf

<u>CONCLUSION:</u>

Defendant is not an attorney and is therefore incapable of filing a adaquate professional motion citing all relevant case laws. The current motion is filed in good faith as defendant believes that I am potentially entitled to relief under the aforementioned F.S.A

Respectfully Submitted,
Frank Jenkins Jr.
9/29/20



LEHIGH VALLEY PA 180

30 SEP 2020   PM 3   L

USMP3
SDNY

United States District Court
Souther District of New York
500 Pearl St. Room 120
New York, NY

10007-1312

Crim Dnt SN

10007-133099

Frank Jenkins Jr. #10052-082
United States Penitentary Canaan
PO Box 300
Waymart, PA 18472

Legal Mail

CLERK'S OFFICE
S.D.N.Y.
2020 OCT -2 PM 1:08