UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       - against -

FRANK JENKINS, JR.,

       Defendant.
_____

15-cr-386-3 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Government is directed to respond to the defendant's pro se request for a reduction of his sentence, ECF No. 488. The Government should submit its response by **April 30, 2025**. The defendant may reply by **May 12, 2025**.

SO ORDERED.
Dated:   New York, New York
         April 16, 2025

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge