```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

    - against -

FRANK JENKINS, JR.,

    Defendant.

15-cr-386-3 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

The defendant, Frank Jenkins, Jr., filed a request for appointment of counsel (ECF No. 488), which the Court directed the Government to respond to (ECF No. 489). The Government responded by explaining why the defendant's underlying request for a sentence reduction had no merit (ECF No. 493). The defendant replied by making it clear that the defendant only sought the appointment of counsel. (A copy of that reply is attached.)

An important consideration in the appointment of counsel is whether the plaintiff has a claim that is likely to have merit. See Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989); Hodge v. Police Officers, 802 F.2d 58, 60-61 (2d Cir. 1986). Because the plaintiff has failed to show that he has a claim that has likely merit, his application for appointment of counsel is **denied**. Because the defendant has made it clear that he has not filed an actual motion for a reduction of sentence, the Court does not decide such a motion.

The Clerk is directed to close ECF No. 488.

SO ORDERED.
Dated:    New York, New York
          May 27, 2025

                                              _____
                                                  John G. Koeltl
                                            United States District Judge

Dear Judge Koeltl:

I Frank Jenkins J.R Reg# 10052-082
Case No: 15 Cr. 386 (JGK)

I'm writing to the fact the Government is writing a fales better to you saying I put a Pro se motion for a sentence reduction.

My motion was to be appointted consule to help me with my reduction because I do not understand and I need help. Please and thank you.

Frank Jenkins J.R